TRINA A. HIGGINS, United States Attorney (#7349)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC #475353)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2024 JUL 8 PM 2:20
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **FELONY INFORMATION** |
|---|---|
| Plaintiff, | Count 1: 26 U.S.C. § 7206(1), Filing a False Tax Return |
| vs. | |
| COLE ARNOLD, | |
| Defendant. | |

The United States Attorney charges:

<u>COUNT 1</u>
26 U.S.C. § 7206(1)
(Filing a False Tax Return)

On or about April 18, 2022, in the District of Utah,

COLE ARNOLD,

defendant herein, did e-file a Form 1040 U.S. Individual Tax Return for the year 2021

with the Internal Revenue Service, which was verified by a written declaration that it was

made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter. The Form 1040 U.S. Individual Tax Return e-filed by the defendant for the year 2021 was materially false in that the defendant willfully did not report an additional $785,878 in income, and he knew at the time of filing the return that he had obtained substantially more income than what was reported and knew he owed substantially more taxes for the year 2021.

All in violation of Title 26, United States Code, Section 7206(1).


TRINA A. HIGGINS
United States Attorney


JENNIFER K. MUYSKENS
Assistant United States Attorney