TRINA A. HIGGINS, United States Attorney (#7349)
JENNIFER MUYSKENS, Assistant United States Attorney (DC #475353)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
cy.castle@usdoj.gov

*Attorneys for United States of America*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00034-DAK |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL |
| vs. | |
| COLE ARNOLD, | District Judge Dale A. Kimball |
| Defendant. | |

Jennifer Muyskens, Assistant United States Attorney, hereby withdraws as counsel for the United States of America. All other attorneys currently representing the United States in this matter shall continue such representation.

RESPECTFULLY SUBMITTED on this 26th day of July, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Jennifer Muyskens*
JENNIFER MUYSKENS
Assistant United States Attorney